No. 925. MARQUEZ ET AL. *v.* AVILES. C. A. 1st Cir. Certiorari denied. *Bolívar Pagán* for petitioners. *Walter L. Newsom, Jr.* for respondent.

No. 865. SOCIALIST PARTY, USA, ET AL. *v.* JORDAN, SECRETARY OF STATE OF CALIFORNIA. Motion to dispense with printing of petition for writ of certiorari granted. Petition for writ of certiorari to the Supreme Court of California denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion and application. *A. L. Wirin* and *Fred Okrand* for petitioners. *Edmund G. Brown,* Attorney General of California, and *Delbert E. Wong,* Deputy Attorney General, for respondent. The American Civil Liberties Union of Southern California filed a brief, as *amicus curiae,* urging that the petition for writ of certiorari be granted.

No. 551, Misc. McGINTY *v.* BROWNELL ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Herbert J. Jacobi* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 581, Misc. COLLINS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 498, Misc. SIMPSON *v.* CULVER, PRISON CUS-TODIAN. Supreme Court of Florida. Certiorari denied.